IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY HOPKINS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GEORGE LITTLE,**<br><br>*Defendant.* | Civil Action<br><br>No. 23-cv-986 |

**ORDER**

**AND NOW**, this 30th day of June, 2023, Plaintiff having advised of an intent to file an amended complaint, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (ECF No. 21) is **DENIED WITHOUT PREJUDICE**.

2. After Plaintiff files an amended complaint, should Defendants decide to file a renewed motion to dismiss, Defendants shall utilize the pre-motion-letter procedure set out in my Policies and Procedures.[1]

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] https://www.paed.uscourts.gov/documents/procedures/gldpol.pdf