IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

BARRY HOPKINS,

    Plaintiff,

        v.

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, *et. al.*,

    Defendants.

No. 2:23-cv-00986

_____

**STIPULATION BETWEEN PLAINTIFF AND THE PENNSYLVANIA
DEPARTMENT OF CORRECTIONS DEFENDANTS**

Plaintiff Barry Hopkins and Defendants Pennsylvania Department of Corrections ("PA-DOC"), Secretary Laurel Harry, Steven Seitchik, and Dr. Ronald Long (collectively, the "DOC Defendants"), through their undersigned counsel, hereby agree and stipulate to the following. This Stipulation resolves all outstanding issues raised in the Individual DOC Defendants' pre-Motion to Dismiss letter of October 4, 2023 (ECF No. 39) and Plaintiff's response thereto (ECF No. 42).

1. Counts One through Four: Plaintiff does not seek damages from PA-DOC or any of the DOC Defendants for any claims. Plaintiff seeks damages only against Dr. Ronald Letizio and Wellpath.

1

2. <u>Count One</u> (ADA): Defendant PA-DOC waives in this lawsuit Eleventh Amendment immunity for Plaintiff's ADA claim (Count One). Plaintiff voluntarily WITHDRAWS his claim against Secretary Harry for Count One; the Plaintiff proceeds solely against PA-DOC only on Count One.

3. <u>Count Three</u> (Eighth Amendment): The DOC Defendants withdraw their request that Count Three should be dismissed as to the Individual DOC Defendants (Harry, Seitchik, and Long) due to lack of personal involvement.  The DOC Defendants reserve the right to raise this defense, if deemed appropriate, after discovery is completed, by way of a motion for summary judgment.

4. <u>Count Five</u> (Medical Malpractice against Dr. Long): Plaintiff voluntarily WITHDRAWS his claim for medical malpractice against Dr. Ronald Long.  Plaintiff continues to pursue Count Five (as well as other Counts) against Defendants Dr. Ronald Letizio and Wellpath.

5. The parties agree that the Individual DOC Defendants will answer the amended complaint (ECF No. 29) within thirty (30) days of the Court's approval of this Stipulation.

| | |
|---|---|
| Date: December 6, 2023 | Respectfully Submitted, |
| */s/* Rhonda Brownstein<br>Rhonda Brownstein (PA I.D. No. 46866)<br>Disability Rights Pennsylvania<br>1800 John F. Kennedy Boulevard<br>Suite 900<br>Philadelphia, PA 19103<br>Office: 215-238-8070<br>Fax*:* 215-772-3126<br>RBrownstein@disabilityrightspa.org | */s/* Matthew Skolnik<br>Matthew Skolnik (PA ID No. 89423)<br>Office of Attorney General<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103-2016<br>Phone: 215-560-2136<br>Fax: 717-772-4526<br>mskolnik@attorneygeneral.gov |
| And | |
| */s/* Su Ming Yeh<br>Su Ming Yeh (PA I.D. No. 95111)<br>Pennsylvania Institutional Law Project<br>718 Arch Street<br>Suite 304S<br>Philadelphia, PA 19106<br>Office: 215-925-2966<br>smyeh@pilp.org | *Counsel for Defendants, Pennsylvania Department of Corrections, Laurel Harry, Secretary of the Pennsylvania Department of Corrections, Ronald Long, M.D., and Steven Seitchik* |
| *Counsel for Plaintiff* | |

AND NOW, this 8th day of December 2023, IT IS SO ORDERED.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____

MITCHELL S. GOLDBERG, J.