IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY HOPKINS,** *Plaintiff*, v. **PENNSYLVANIA DEPARTMENT OF CORRECTIONS** *et al.*, *Defendants*. | Civil Action No. 23-cv-986 |

## SCHEDULING ORDER

**AND NOW**, this 8th day of December, 2023, following a pre-trial conference held on November 29, 2023, it is hereby **ORDERED** that:

1. This case is referred to Magistrate Judge José Arteaga for settlement purposes. Judge Arteaga will contact counsel to initiate the settlement process.

2. As stipulated between the parties, the individual DOC Defendants (Harry, Seitchik, and Long) shall answer the amended complaint within thirty (30) days of the date the stipulation is approved.

3. All motions to amend the complaint and to join or add additional parties shall be filed **within thirty (30) days of the date of this Order**.

4. All fact discovery shall be completed by **Monday, June 3, 2024**.

5. Plaintiff's expert reports, if any, shall be produced by **Monday, June 17, 2024**. Defendants' expert reports, if any, shall be produced by **Monday, July 1, 2024**. Plaintiff's rebuttal expert reports, if any, shall be produced by **Monday, July 8, 2024**. All expert discovery, including depositions of expert witnesses, shall be completed by **Monday, July 29, 2024**.

1

6. All motions for summary judgment and <u>Daubert</u> motions shall be filed no later than **Monday, August 12, 2024**.

7. Responses to motions for summary judgment and <u>Daubert</u> motions, if any, shall be filed no later than **Monday, September 2, 2024**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**