IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY HOPKINS,**<br><br>      *Plaintiff*,<br><br>      v.<br><br>**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et. al.,**<br><br>      *Defendants*. | Civil Action<br><br>No. 23-cv-986 |

## ORDER

**AND NOW**, this 5th day of November, 2024, upon consideration of Plaintiff's Letter Request (ECF No. 64), and Defendants' Response (ECF No. 66), it is hereby **ORDERED** that the Parties **SHALL** submit a Joint Status Report **no later than November 8, 2024** explaining whether: (1) the discovery disputes discussed in Plaintiff's Letter Request have been resolved; (2) Plaintiff is still seeking "sanctions"; and (3) a status call would be helpful in resolving any ongoing disputes.

BY THE COURT:

   */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**